IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:21-CV-202-RAH |
| ) | |
| MIDLAND CITY HOUSING ) | |
| AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On January 20, 2023, the Magistrate Judge recommended this case be dismissed. (Doc. 43.) The Magistrate Judge also ordered that, on or before February 3, 2023, the parties may file Objections to the Recommendation. (*Id*. at 13.) On January 30, 2023, Plaintiff Angela Nails filed a document entitled "Notice of Appeal," which the Court has construed as Objections.[1]

Upon an independent review of the record, it is

ORDERED as follows:

1. The Objections are OVERRULED;

2. The Recommendation is ADOPTED; and

---

[1] In the Recommendation, the Magistrate Judge cautioned that "this Recommendation is not a final order and, therefore, is not appealable." (Doc. 43 at 13.) Because the Notice did not state the Plaintiff's intention to appeal to the Eleventh Circuit Court of Appeals and was filed within the objections period, the Court has construed the Notice as Objections to the Magistrate Judge's Recommendation to grant the Defendant's Motion to Dismiss.

3. The Motion to Dismiss (Doc. 35) is GRANTED.

DONE, on this the 1st day of February, 2023.

                                           /s/ R. Austin Huffaker, Jr.
                                  R. AUSTIN HUFFAKER, JR.
                                  UNITED STATES DISTRICT JUDGE